IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: JEFFREY & AMY S. BARDELL | ) |
| | ) |
| EVERHOME MORTGAGE/MORTGAGE ELECTRONIC | ) |
| REGISTRATION SYSTEMS, INC., | ) |
| Creditor, | ) |
| | ) |
| vs. | ) CASE NO. 04B74836 |
| | ) JUDGE MANUEL BARBOSA |
| JEFFREY & AMY S. BARDELL, | ) |
| Debtor | ) |

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Everhome Mortgage/MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1.  The Debtor is due for the November 2006 contractual payment and all those thereafter.

2.  The following is an itemization of the amounts due on the loans as of October 23, 2006:

         a. Attorney's fees        $250.00

         b. Late charges           $284.93

         c. Property inspection     $90.00

         Total                     $624.93

Respectfully Submitted, Everhome
Mortgage/MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

/s/A. Stewart Chapman
A. Stewart Chapman/ARDC#6255733

Pierce and Associates, P.C.
1 NORTH DEARBORN STREET, STE 1300
Chicago, Illinois 60602
(312)346-9088