# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFERY S. BARDELL & AMY S. BARDELL  
3405 LORAS DRIVE  
FREEPORT, IL  61032  

SSN-xxx-xx-3391 & xxx-xx-2926

Case Number: 04-74836

Case filed on: 9/29/2004  
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $41,797.49          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 1,544.00 | 1,544.00 | 1,544.00 | 0.00 |
|  | Total Legal | 1,544.00 | 1,544.00 | 1,544.00 | 0.00 |
| 007 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PALLISADES COLLECTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PROFESSIONAL COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 3,467.51 | 3,467.51 | 3,467.51 | 0.00 |
| 012 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,467.51 | 3,467.51 | 3,467.51 | 0.00 |
| 999 | JEFFERY S. BARDELL | 0.00 | 0.00 | 1,086.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,086.75 | 0.00 |
| 001 | CORNERSTONE CREDIT UNION | 7,000.00 | 7,000.00 | 7,000.00 | 590.07 |
| 002 | CORNERSTONE CREDIT UNION | 5,000.00 | 5,000.00 | 5,000.00 | 421.57 |
| 003 | CORNERSTONE CREDIT UNION | 280.60 | 280.60 | 280.60 | 0.00 |
| 004 | CORNERSTONE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CORNERSTONE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | EVERHOME MORTGAGE/MERS | 6,264.22 | 6,264.22 | 6,264.22 | 0.00 |
| 008 | KENT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | UNION SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,544.82 | 18,544.82 | 18,544.82 | 1,011.64 |
| 001 | CORNERSTONE CREDIT UNION | 10,202.97 | 10,202.97 | 10,202.97 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 185.68 | 185.68 | 185.68 | 0.00 |
| 013 | CHECK IT | 120.34 | 120.34 | 120.34 | 0.00 |
| 014 | FREEPORT HEALTH NETWORK/MEMORIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GRANITE STATE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 592.20 | 592.20 | 592.20 | 0.00 |
| 019 | MONROE PUBLISHING | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 984.60 | 984.60 | 984.60 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 402.02 | 402.02 | 402.02 | 0.00 |
| 023 | PALISADES COLLECTION - HEILIG MEYER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SECURITY FINANCE | 569.82 | 569.82 | 569.82 | 0.00 |
| 026 | SOUTHERN WISCONSIN ORAL SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | STAR MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | UNITED FIRE GROUP | 174.38 | 174.38 | 174.38 | 0.00 |
| 029 | TRS RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ANGELA BARDELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | JUSTIN BARDELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NICHOLE BARDELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | AFNI/VERIZON | 295.56 | 295.56 | 295.56 | 0.00 |
| 034 | CHARLES A. JONES D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | VERIZON NORTH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,527.57 | 13,527.57 | 13,527.57 | 0.00 |
|  | Grand Total: | 37,083.90 | 37,083.90 | 38,170.65 | 1,011.64 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $39,182.29 |
| Trustee Allowance: | $2,615.20 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan